**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **MICHELLE COOK,** § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **CREDIT SYSTEMS INTERNATIONAL,** § | **4:19-CV-308-SDJ-KPJ** |
| **INC., and RADIOLOGY ASSOCIATES** § | |
| **OF NORTH TEXAS, P.A.,** § | |
| Defendants. § | |
| § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 2, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #88) that Defendant Radiology Associates of North Texas, P.A.'s ("Radiology") Motion for Summary Judgment (Dkt. #18) be granted and Plaintiff Michelle Cook's ("Plaintiff") Cross-Motion for Partial Summary Judgment Against Radiology Associates of North Texas, P.A. (Dkt. #35) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Radiology's Motion for Summary Judgment (Dkt. #18) is hereby **GRANTED** and Plaintiff's Cross-Motion for Partial Summary Judgment Against Radiology Associates of North Texas, P.A. (Dkt. #35) is **DENIED**. Plaintiff's claims against Radiology are **DISMISSED** with prejudice.

**So ORDERED and SIGNED this 20th day of August, 2020.**

                                            SEAN D. JORDAN
                                            UNITED STATES DISTRICT JUDGE